AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*August 12, 2022*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jyquon Javail Mackey | ) | Case No. **4:22-mj-1904** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 5, 2022__ in the county of __HARRIS__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(o)(1) | POSSESSION OF A MACHINEGUN (FELONY) |
| 18 USC 924(a)(2) | |

This criminal complaint is based on these facts:

See Attached Affidavit of probable cause

☑ Continued on the attached sheet.

_____
*Complainant's signature*
FBI Task Force Office Ryan Hilz
*Printed name and title*

Sworn to before me telephonically.

Date: __August 12, 2022__

_____
*Judge's signature*

City and state: __Houston, Texas__   US Magistrate Judge Dena Hanovice Palermo
*Printed name and title*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Ryan Hilz, being duly sworn, do hereby depose and state:

1. I am a Task Force Officer with the Federal Bureau of Investigation (hereafter "FBI") and an Investigator with the Harris County Sheriff's Office (hereafter "HCSO") and have been employed by HCSO since November 2012. During my employment with HCSO and the FBI, I have been trained in investigations relating to violations of the United States Federal Criminal Code, including Title 18 of the United States Code (hereafter "USC"), specifically criminal violations involving organized crime, aggravated robbery, bank robbery, interference with commerce by threats or violence, and aggravated assaults. I am currently assigned to the Houston Division of the FBI, Violent Crime Task Force (hereafter "VCTF"), and have been since June 2020. My primary investigative responsibilities include crimes occurring within the Southern District of Texas.

2. The facts contained in this affidavit are based upon information provided to me by other law enforcement officers, and witnesses. Since this affidavit is made for the limited purpose of supporting a Criminal Complaint, I have not set forth each and every fact learned during the course of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crimes charged. Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only.

3. On Friday, August 5, 2022, I was advised of an Attempted Capital Murder of a Peace Officer after a subject, identified as Jyquon MACKEY, engaged in a pursuit with the deputies from the Harris County Precinct 4 Constables Office and shot at pursuing officers. I reviewed the arrest report, written by Sergeant A. Martinez, with the Harris County Precinct 4 Constables Office. On Friday, August 5, 2022, Sergeant Martinez was working as a Deputy Constable, in full uniform and operating a fully marked patrol unit. On this date, at approximately 1:38am Sergeant Martinez was patrolling, traveling southbound in the 12300 block of Jones Road Houston, Harris County, Southern District of Texas. Sergeant Martinez observed a silver color Hyundai Accent, bearing Texas license plate PNH4434 traveling southbound as well. According to Sergeant Martinez's report, he conducted a search of the vehicle's license plate and found the vehicle return advised there was no active insurance policy on the vehicle. The return further advised there was no insurance policy on the vehicle for the past 45 days.

4. Sergeant Martinez stated in his report, that he attempted a traffic stop on the vehicle and the driver, later identified as MACKEY, failed to stop the vehicle and engaged in a pursuit. According to Sergeant Martinez's report, during the pursuit, as MACKEY was pulling onto the entrance ramp of Tomball Parkway, MACKEY fired what was described as a fully automatic pistol at Sergeant Martinez. Sergeant Martinez stated in his report that he backed his patrol unit away from MACKEY's vehicle and continued to pursue after him, giving his direction of travel.

5. Texas Department of Public Safety helicopter arrived in the area to assist with the pursuit and observed the vehicle MACKEY was driving become involved in a vehicle

accident, rolling over just south of the intersection of State Highway 249 and Antoine Drive. When deputies arrived at the crash, MACKEY had already fled from the vehicle. According to Sergeant Martinez's report, a witness, identified as James Hughes, observed MACKEY exit the above listed vehicle with a pistol and flee southbound on foot.

6. Sergeant Martinez stated in his report, responding deputies established a perimeter and Deputy Henson deployed his canine partner Max in the direction Witness Hughes advised MACKEY ran. According to Sergeant Martinez's report, MACKEY was later located and apprehended in a wooded area just south of the crash location. MACKEY was brought back to the location of the accident and positively identified by witness Hughes as the subject who fled from the accident.

7. Deputies retraced the area which MACKEY fled from the accident scene and located a Glock 19, 9mm, pistol, serial number PFM793, with an extended magazine inserted in the pistol. I reviewed the photographs taken by deputies at the time the pistol was recovered. I observed the pistol was found to have a conversion switch affixed to the back of the slide, with the switch activated, allowing the pistol to fire multiple rounds with a single action of the trigger. I further observed what appeared to be blood on the pistol. I also reviewed the photographs of MACKEY, after he was taken into custody and I observed MACKEY had injuries to his hands and face. The injuries appeared to be consistent to have occurred during the vehicle accident. The injuries to MACKEY's hands were bleeding

8. I obtained and reviewed the dash cam footage from Sergeant Martinez's patrol unit and reviewed the pursuit of the Hyundai Accent. During the pursuit, as the Hyundai

Accent was entering the entrance ramp, I heard, what I know from my training and experience to be automatic gun fire.

19. Based on the foregoing your Affiant believes there is probable cause to believe that on August 5, 2022, MACKEY committed Possession of a Machine Gun in violation of Title 18, United States Code, Section 922(o)(1) and 924(a)(2).

_____
Ryan Hilz
Task Force Officer
Federal Bureau of Investigations

Sworn to and subscribed before me by telephone on this the 12th day of August, 2022 and I find probable cause.

_____
Hon. Dena H. Palermo
United States Magistrate Judge